IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED HOSPITALITY, INC., a dissolved Minnesota corporation, HYDER RAZA JAWEED, and MUJTABA KHAN, individuals,<br><br>　　　　　　　　Defendants. | NO.   3:07 CV 0519-RLM-CAN |

## STIPULATION FOR DISMISSAL AS TO DEFENDANTS HYDER RAZA JAWEED AND MUJTABA KHAN

Plaintiff Days Inns Worldwide, Inc. ("DIW") and defendants Hyder Raza Jaweed and Mujtaba Khan (the "Settling Defendants") hereby advise the Court that they have reached a confidential Settlement Agreement of the claims between them in this matter.

Subject to the approval of this Court, DIW and the Settling Defendants agree to the entry of the attached Order of Dismissal. The Order contains a dismissal of plaintiff DIW's claims against the Settling Defendants with prejudice and without attorneys' fees or costs against any party.

Respectfully submitted,

COUNSEL FOR PLAINTIFF
DAYS INNS WORLDWIDE, INC.

By:_____
Robin M. Spencer
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500
(312) 258-5700 (facsimile)
Email: rspencer@schiffhardin.com

COUNSEL FOR DEFENDANTS HYDER RAZA JAWEED AND MUJTABA KHAN

By:_____
Gary E. Leydig
RIORDAN, FULKERSON, HUPERT & COLEMAN
30 North LaSalle Street, Suite 2630
Chicago, Illinois 60602
Telephone: (312) 346-4740
Fax: (312) 346-1168
Email: gleydig@rfsc-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED HOSPITALITY, INC., a dissolved Minnesota corporation, HYDER RAZA JAWEED, and MUJTABA KHAN, individuals,<br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) )<br><br>NO.  3:07 CV 0519-RLM-CAN |

## AGREED ORDER OF DISMISSAL OF
## DEFENDANTS HYDER JAWEED AND MUJTABA KHAN, WITH PREJUDICE

This matter having come before the Court on the Stipulation of plaintiff Days Inns Worldwide, Inc. and defendants Hyder Jaweed ("Jaweed") and Mujtaba Khan ("Khan"), (collectively the "Parties"), the Parties having represented that they have reached a confidential Settlement Agreement in this matter,

IT IS HEREBY ORDERED THAT Plaintiff's claims against Jaweed and Khan are dismissed with prejudice, each of the Parties to bear his or its own fees and costs.

DATED: _____

                                                      ENTERED:

                                                      _____
                                                      Honorable Robert L. Miller, Jr.
                                                      District Court Judge

CH1\6116867.1